Document 1

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

November 23, 2005

John Cady Kiyonaga, Esq.
KIYONAGA & KIYONAGA
Suite 213
526 King Street
Alexandria, VA 22314

Re: 04-4149 US v. Denis Rivera
　　　CR-02-376

　　　　04-4150 US v. Ramirez-Guardado
　　　CR-02-376

Dear Counsel:

　　We have received a CJA 20 voucher for excess compensation from co-counsel in this appeal. The Court processes claims from counsel appointed in all consolidated cases at the same time when one of the attorneys has requested excess compensation.

　　Please file the CJA 20 voucher that we previously issued you on or before December 7, 2005, in the Office of the Clerk. If you need more time to prepare your voucher, please advise, in writing, by the same date.

　　　　　　　　　　Yours truly,

　　　　　　　　　　PATRICIA S. CONNOR
　　　　　　　　　　　　Clerk

　　　　　　　　　　　　/s/ Patty Layne
　　　　　　　　By: _____
　　　　　　　　　　Deputy Clerk

cc:　Jerome Patrick Aquino, Esq.